# Court of Appeals
# of the State of Georgia

ATLANTA, November 01, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1158. DOZIER et al. v. HUTCHINS.**

We granted Sarah H. Dozier and Cochran, Cherry, Givens, Smith & Sistrunk, P.C.'s application for interlocutory appeal from the superior court's order denying their motion to dismiss Reverend Marvel Hutchins's petition for damages. Following plenary consideration of the case, including a thorough review of the complete record on appeal, we have determined that the application for interlocutory appeal was improvidently granted. Accordingly, the appeal is dismissed.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 11/01/2012
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*